UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN JACKSON,

    Plaintiff,

v.                                      Case No. 3:17-cv-1407-J-20PDB

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

## ORDER

This matter is before this Court on the parties "Joint Stipulation of Dismissal with Prejudice" (Dkt. 21).

Accordingly, it is so **ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties "Joint Stipulation of Dismissal with Prejudice" (Dkt. 21) is **GRANTED** and this action is **dismissed with prejudice**; and

2. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of June, 2018.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jason Robert Derry, Esq.
Monica L. Haddad Forbes, Esq.